USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2020

**PERKINS COIE**

1155 Avenue of the Ame[ricas]
22nd Floor
New York, NY 10036-271[  ]

February 25, 2020

Robert T. Yusko
RYusko@perkinscoie.com
D. +1.212.261.6838

**VIA E-FILING**

Honorable Sarah Netburn
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Stacy Makhnevich vs. MTGLQ Investors, LP, Selene Finance, LP, et al.
Case No. 19-cv-00072

Dear Judge Netburn:

Our office represents the Defendants, MTGLQ Investors, LP and Selene Finance, LP ("Defendants") in the above-referenced matter.

Please accept this correspondence as a request for an extension of time to respond to the amended complaint and/or the second amended complaint until March 30, 2020. Pursuant to the Court's Order, dated February 14, 2020 [ECF 57], the Plaintiff, Stacy Makhnevich, has until March 16, 2020 to further amend her complaint, if she so chooses. Thus, Defendants face the very real possibility of having to respond to two sets of pleadings within the span of a month. Accordingly, Defendants wish to avoid the time and expense of unnecessarily responding to two sets of pleadings.

We thank the Court for its consideration in this matter and for all courtesies shown.

Respectfully submitted,

/s/ Robert T. Yusko

---

The motion for an extension is GRANTED. Defendants may answer or otherwise respond to the amended or second amended complaint by March 30, 2020. Defendants are reminded that requests for extensions of time should include: (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; and (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent. **SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

February 26, 2020
New York, New York