**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

STACY MAKHNEVICH,

                                        **Plaintiff,**

                        -against-

**MTGLQ INVESTORS, L.P., et al.,**

                                        **Defendants.**

-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/23/2021__
```

**19-CV-00072 (AT)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On August 4, 2021, the Honorable Analisa Torres granted Plaintiff's request for leave to amend her complaint for the limited purpose of adding the specific allegations described in her previously filed motion. ECF No. 100. Plaintiff's third amended complaint was due on September 4, 2021. Plaintiff has not filed anything as of today.

Plaintiff must file her third amended complaint no later than October 22, 2021, in accordance with the Court's August 4, 2021 order. If Plaintiff fails to do so, the Court will treat the Second Amended Complaint, ECF No. 69, as operative in this case.

The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Plaintiff.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        September 23, 2021
              New York, New York