UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STACY MAKHNEVICH,

                              Plaintiff,                    19-CV-00072 (AT)(SN)

                -against-                             **ORDER**

MTGLQ INVESTORS, L.P., et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On September 24, 2021, Plaintiff filed her Third Amended Complaint. ECF No. 104. Defendants shall file their answer by October 15, 2021. If Plaintiff wishes to receive notice of future filings in this matter electronically, Plaintiff may submit a Consent to Electronic Service Form, which is attached to this Order. The Clerk of Court is respectfully directed to mail a copy of this Order and the Consent to Electronic Service Form to the pro se Plaintiff.

**SO ORDERED.**

                                                                  SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:       September 24, 2021
                  New York, New York