**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/23/2022
```

STACY MAKHNEVICH,

                            **Plaintiff,**                    **19-CV-00072 (AT)(SN)**

             -against-                                       **ORDER**

MTGLQ INVESTORS, L.P., et al.,

                            **Defendants.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        A conference to discuss the status of this case is scheduled for Monday, February 28,

2022, at 2:00 p.m. At that time the parties should dial into the Court's dedicated teleconferencing

line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

        In the event that the parties file their proposed stipulation of dismissal before 6:00 p.m.

on Friday, February 25, 2022, the conference will be adjourned.

        The Clerk of Court is respectfully directed to mail a copy of this order to the pro se

Plaintiff

**SO ORDERED.**

                                                    _____
                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:        February 23, 2022
              New York, New York