UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

STACY MAKHNEVICH,

                              Plaintiff,                             19-CV-00072 (AT)(SN)

          -against-                                      **ORDER**

MTGLQ INVESTORS, L.P., et al.,

                              Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       As discussed at the February 28, 2022 conference, the deadline for any party to apply to reopen this action is extended to no later than March 18, 2022.

       The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Plaintiff.

**SO ORDERED.**

                                                                   _____
                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:      February 28, 2022
                  New York, New York