UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

STACY MAKHNEVICH,

                        Plaintiff,                        19-CV-00072 (AT)(SN)

    -against-                                      **ORDER**

MTGLQ INVESTORS, L.P., et al.,

                        Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The Court has received communications from the parties indicating that they have been unable to reach a settlement. Accordingly, the Clerk of Court is directed to reopen this case.

       A settlement conference is scheduled for Wednesday, April 6, 2022, at 2:00 p.m. and will be held telephonically. The Court will provide dial-in information before the conference. The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are to submit letters detailing their positions to the Court no later than March 30, 2022. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

       Discovery shall resume and must be completed by May 27, 2022. This date shall not be extended.

**SO ORDERED.**

                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:      March 14, 2022
                 New York, New York