UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

STACY MAKHNEVICH,

                             Plaintiff,                             19-CV-00072 (AT)(SN)

        -against-                                    **ORDER**

MTGLQ INVESTORS, L.P., et al.,

                             Defendants.

--------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Due to a conflict in the Court's calendar, the settlement conference currently scheduled for Wednesday, April 6, 2022, at 2:00 p.m. is RESCHEDULED for 2:30 p.m. that same day.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     March 24, 2022
                New York, New York