```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

STACY MAKHNEVICH,

                                     **Plaintiff,**                            **19-CV-00072 (AT)(SN)**

        -against-                                                     **ORDER**

MTGLQ INVESTORS, L.P., et al.,

                                     **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The Court has continued to receive communications from the parties indicating that they have been unable to reach a settlement. Accordingly, the parties are ORDERED to appear for a conference on May 5, 2022, at 1:00 p.m. in Courtroom 219 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007.

      The parties are required to comply with the Court's most recent COVID-19 safety guidance, including courtroom and entry protocols. Information about the Court's protocols is available at: https://nysd.uscourts.gov/covid-19-coronavirus. The parties should plan to arrive at least 15 minutes in advance to complete the entry screening process.

      By 5:00 p.m. on May 4, 2022, the parties must email confirmation of their ability to comply with the Court's COVID-19 protocols to Netburn_NYSDChambers@nysd.uscourts.gov.

**SO ORDERED.**

                                                                      *[signature]*
                                                           SARAH NETBURN
                                                            United States Magistrate Judge

DATED:     April 29, 2022
               New York, New York