UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

STACY MAKHNEVICH,

                              Plaintiff,                       19-CV-00072 (AT)(SN)

       -against-                                       **ORDER**

MTGLQ INVESTORS, L.P., et al.,

                              Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Due to a scheduling conflict, the conference previously scheduled for May 5, 2022, at 1:00 p.m. shall take place on May 5, 2022, at 12:00 p.m. The parties are ORDERED to appear at that time in Courtroom 219 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007. The parties are required to comply with the Court's most recent COVID-19 safety guidance, including courtroom and entry protocols. Information about the Court's protocols is available at: https://nysd.uscourts.gov/covid-19-coronavirus. The parties should plan to arrive at least 15 minutes in advance to complete the entry screening process.

      By 5:00 p.m. on May 4, 2022, the parties must email confirmation of their ability to comply with the Court's COVID-19 protocols to Netburn_NYSDChambers@nysd.uscourts.gov.

      The Court will adjourn the conference in the event that the parties file a proposed stipulation of dismissal by May 4, 2022.

**SO ORDERED.**

                                                                                         SARAH NETBURN
                                                                                     United States Magistrate Judge

DATED:     May 2, 2022
              New York, New York