```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

STACY MAKHNEVICH,

                     **Plaintiff,**                                     **19-CV-00072 (AT)(SN)**

       -against-                                             **ORDER**

MTGLQ INVESTORS, L.P., et al.,

                     **Defendants.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The Court has received notice that one or more of the parties to this action will not be able to attend the May 5, 2022 conference in person. Accordingly, the conference will take place telephonically. At 12:00 p.m. on May 5, 2022, the parties are directed to dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

                                                                _____
                                                                SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:     May 4, 2022
                 New York, New York