```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STACY MAKHNEVICH,

                Plaintiff,

-against-

MTGLQ INVESTORS, L.P., SELENE FINANCE, L.P,
MARIA SIDERIS,

                Defendants.

19 Civ. 72 (AT) (SN)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated May 19 and 20, 2022.  ECF Nos. 148 and 149.  Accordingly, Plaintiff's request for an extension "to consummate the settlement" is DENIED.  ECF No. 148.

    Any requests to reopen this case must be filed by **May 26, 2022**.  If the case is reopened, any motions for summary judgment must be filed by **June 16, 2022**.

    SO ORDERED.

Dated: May 24, 2022
       New York, New York

ANALISA TORRES
United States District Judge